Jane Hirsch, v. Leo Paul Hirsch.
Leo Paul Hirsch, Appellant, v. Philippa Weinstein, Appellee.

Gen. No. 43,356.

Heard in the first division, first district, this court at the April term, 1945; opinion filed June 25, 1945; rehearing denied July 19, 1945; released for publication July 19, 1945. Earl E. Friedlander, for appellant; Irving Eisenman and Hugh E. Johnson, for appellee. Opinion by JUSTICE O'CONNOR. Not to be published in full.